UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 16-494 (AET) |
| v. : | |
| : | ORDER MODIFYING CONDITIONS |
| : | OF RELEASE |
| BRET KOHAN : | |
| : | |

This matter having been brought before the Court on Defendant Bret Kohan's application for an order modifying the conditions of release so that he may transition from Integrity House's residential drug treatment facility to Integrity House's halfway house in Newark, New Jersey; and the transfer having been clinically recommended; and the Court having heard argument; and for good cause shown;

IT IS this  5th  day of November 2020;

ORDERED that Defendant's application is GRANTED subject to the conditions set forth below:

1. $100,000 Unsecured Appearance Bond.

2. Upon successful discharge from the current residential treatment program, defendant is to transition directly and without detour to Integrity House's halfway house in Newark until further order of the court.

3. Pretrial Services Supervision

4. Home Detention, with electronic monitoring, with no exceptions during the initial two-week blackout phase put in place by Integrity. Following that initial phase and upon recommendation of the program, exceptions to home detention require court approval.

5. Surrender all passports/travel documents. Do not apply for new travel documents.

6. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

7. Substance abuse testing and/or treatment as directed by Pretrial Services

8. Mental Health testing and/or treatment as directed by Pretrial Services.

9. Maintain current residence or a residence approved by Pretrial Services.


                                           s/DOUGLAS E. ARPERT
                                           DOUGLAS E. ARPERT
                                           United States Magistrate Judge