UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 16-494 (AET) |
| v. | : | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE |
| BRET KOHAN | : | |

This matter having been brought before the Court on Defendant Bret Kohan's application for an order modifying the conditions of release so that he may be permitted to work while on home detention; and the Government and Pretrial Services having no objection; and for good cause shown;

IT IS ORDERED this 7th day of January 2021 that the Defendant's conditions of release are modified to permit employment as approved by Pretrial Services as an exception to the condition of home detention.

IT IS FURTHER ORDERED that all other conditions of release remain in effect.

DOUGLAS E. ARPERT
United States Magistrate Judge