UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 16-494 (AET) |
| | : | |
| v. | : | |
| | : | ORDER MODIFYING CONDITIONS |
| | : | OF RELEASE |
| BRET KOHAN | : | |
| | : | |

    This matter having been brought before the Court on Defendant Bret Kohan's application for an order modifying the previously imposed condition of home detention; and the Defendant requesting permission to visit his parents at their home in Toms River, New Jersey on Easter Sunday, April 4, 2021; and the Government and Pretrial Services having no objection and for good cause shown;

    IT IS this 1 st day of April, 2021 ORDERED that Defendant's application is GRANTED;

    IT IS FURTHER ORDERED that Mr. Kohan is permitted to be absent from his residence on April 4, 2021 to visit his parents at their home in Toms River, New Jersey, schedule to be approved by Pretrial Services.

    IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge