UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 16-494 (AET) |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE |
| BRET KOHAN | |

This matter having been brought before the Court on Defendant Bret Kohan's application for an order modifying the previously imposed condition of home detention; and the Defendant requesting permission to visit with his family at his brother's home in Toms River for his niece's Sweet Sixteen on May 8, 2021; and the Government and Pretrial Services having no objection and for good cause shown;

IT IS this 3rd day of April, 2021 ORDERED that Defendant's application is GRANTED;

IT IS FURTHER ORDERED that Mr. Kohan is permitted to be absent from his residence on May 8, 2021 to visit his family at his brother's home in Toms River, New Jersey.

IT IS FURTHER ORDERED that Mr. Kohan may leave his residence at 8:00 a.m. on May 8, 2021 and return to his residence by 10:00 p.m. on May 8th, 2021

IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge