UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 16-494 (AET) |
| | : | |
| v. | : | |
| | : | ORDER MODIFYING CONDITIONS |
| | : | OF RELEASE |
| BRET KOHAN | : | |
| | : | |

    This matter having been brought before the Court on Defendant Bret Kohan's application for an order modifying the previously imposed condition of home detention; and the Defendant requesting permission to attend his niece's graduation party at his parents' home in Toms River, New Jersey on Saturday, June 12, 2021; and the Government and Pretrial Services having no objection and for good cause shown;

    IT IS this 9th day of June 2021 ORDERED that Defendant's application is GRANTED;

    IT IS FURTHER ORDERED that Mr. Kohan is permitted to leave his residence on June 12, 2021 at 8:00 a.m. to travel to his parents' home in Toms River, New Jersey and shall return to his residence no later than 8:00 p.m. on June 12, 2021.

    IT IS FURTHER ORDERED that Mr. Kohan shall report to Pretrial Services in Newark on Monday, June 14, 2021 by 10:00 a.m. for an office visit/drug test.

    IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

                                                                                 DOUGLAS E. ARPERT
                                                                                 United States Magistrate Judge