UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 16-494 (AET) |
| | : | |
| v. | : | |
| | : | ORDER MODIFYING CONDITIONS |
| | : | OF RELEASE |
| BRET KOHAN | : | |
| | : | |

This matter having been brought before the Court on Defendant Bret Kohan's application for an order modifying the previously imposed conditions of release; and Defendant requesting permission to change his residence, restore his driver's license, and work as a driver for staffing agencies; and the Court having heard oral argument; and for good cause shown;

IT IS this 26th day of July 2021 ORDERED that Defendant's application is GRANTED;

IT IS FURTHER ORDERED that the previously imposed conditions of release are modified as follows:

1. Defendant is authorized to search for an apartment. Pretrial Services must approve the residence before Defendant signs a lease and/or relocates.

2. The Federal Public Defender's Office may return Defendant's New Jersey driver's license and Defendant is permitted to seek restoration of his driving privileges.

3. Defendant may work as a driver for staffing agencies once his New Jersey driving privileges are restored.

4. Defendant will be subject to a curfew with location monitoring, hours to be approved by Pretrial Services.

IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge